Dismissed and Memorandum Opinion filed September 24, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-01033-CV

____________

 

RAPID SETTLEMENTS, LTD, Appellant

 

V.

 

CLARENCE THORNTON, HARTFORD FIRE INSURANCE COMPANY and
HARTFORD LIFE INSURANCE COMPANY, Appellees

 



On Appeal from the
 County Civil Court at Law No. 4

Harris County,
Texas

Trial Court Cause
No. 892592



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed September 30, 2008.  On September 14, 2009,
appellant filed a motion to dismiss the appeal.  See Tex. R. App.
P.
42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Chief Justice
Hedges and Justices Seymore and Sullivan.